**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 98-6328**

―――――――――

CALVIN SCOTT WEDINGTON,

Plaintiff - Appellant,

versus

UNKNOWN NAMED AGENTS; UNKNOWN EMPLOYEES OF THE
UNITED STATES,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CA-97-740)

―――――――――

Submitted:  April 29, 1998          Decided:  May 18, 1998

―――――――――

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Calvin Scott Wedington, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his civil complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wedington v. Unknown Named Agents</u>, No. CA-97-740 (E.D. Va. Jan. 29, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>